# United States Court of Appeals
## For the First Circuit

No. 00-2265

PENOBSCOT NATION, ET AL.,

Appellants,

v.

GEORGIA-PACIFIC CORPORATION, ET AL.,

Appellees.

_____

STATE OF MAINE,

Defendant, Intervenor-Appellee,

ERRATA

The opinion of this court, issued on June 20, 2001, should be amended as follows:

On cover page, replace "Boudin, Circuit Judge," with "Boudin, Chief Judge,".

On page 2 of opinion, line 1, replace "BOUDIN, Circuit Judge." with "BOUDIN, Chief Judge.".